UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------------------X
ERIC ROSENFELD                        :      Civil Number
                                      :      3:01-CV-01711 (JBA)
      Plaintiff                       :
                                      :
  v.                                  :
                                      :
UNITED STATES OF AMERICA              :
                                      :
      Defendant                       :      JUNE 23, 2004
----------------------------------------------------------------X

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel respectfully requests to withdraw his Appearance in this matter for the Plaintiff, Eric Rosenfeld. Said Plaintiff will remain represented by the following attorneys at Whitman Breed Abbott & Morgan LLC: Charles W. Pieterse and Michael F. Cavolo.

                      THE PLAINTIFF

      BY _____
          Maciej A. Piatkowski (ct21555)
          Whitman Breed Abbott & Morgan LLC
          100 Field Point Rd.
          Greenwich, CT 06830
          Tel. 203-869-3800
          Fax 203-869-1951
          mpiatkowski@wbamct.com

53715

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing Motion to Withdraw Appearance was sent by first class mail, postage prepaid, on June 23, 2004 to the following:

Jennifer G. Cohen
Stacey Hallett
U.S. Department of Justice
Tax Division
P.O. Box 55, Ben Franklin Station
Washington, DC  20044-0055

John B. Hughes
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

                                                                                                   _____
                                                                                                    Maciej A. Piatkowski