**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**ROSENFELD**                              :

**v.**                                     :    **NO. 3:01cv1711 (JBA)**

**UNITED STATES OF AMERICA**               :

### ENDORSEMENT ORDER [DOC. #23]

Motion to Withdraw Appearance [doc. #23] is GRANTED. The Court notes the appearance on the record of Attorneys Pieterse and Cavolo.

IT IS SO ORDERED.

_____  Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: June 28, 2004**